# Court of Appeals
# of the State of Georgia

ATLANTA,  January 27, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0885.  THE STATE v. TYLER LEE CANARIS.**

The State filed a notice of appeal in this action, and the appeal was docketed on December 18, 2024. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, the State's brief was due no later than January 7, 2024. The State, however, has neither filed a brief nor requested an extension of time in which to do so. Because the State has not filed a timely brief in this case, we hereby DISMISS its appeal. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/27/2025*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*